UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLC, SENIOR HEALTHCARE OUTREACH PROGRAM, INC., and SM MEDICAL LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RIVERSIDE MEDICAL GROUP, LLP, UNITEDHEALTHCARE COMMUNITY PLAN, INC., OPTUM, INC., OPTUM CARE, INC., UNITEDHEALTH GROUP, INC., UNITEDHEALTHCARE INSURANCE COMPANY and JOHN DOES 1-20,<br><br>    Defendants. | Case No. 2:20-cv-10539 |

**DEFENDANT OPTUM CARE, INC.'S
CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel for the United defendants states the following:

Defendant Optum Care, Inc. is a wholly owned subsidiary of Collaborative Care Services, Inc., which is a wholly owned subsidiary of Collaborative Care Holdings, LLC, which is a wholly owned subsidiary of OptumHealth Holdings, LLC, which is a wholly owned subsidiary of Optum, Inc., which is a wholly owned subsidiary of United HealthCare Services, Inc., which is a wholly owned subsidiary of UnitedHealth Group, Inc.

UnitedHealth Group, Inc. is the ultimate parent corporation for Optum Care, Inc. UnitedHealth Group, Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted on August 14, 2020.

s/Steven Penaro
Steven L. Penaro
D.N.J. ID # 030182009
**ALSTON & BIRD LLP**
90 Park Ave
New York, NY 10016
Tel: 212-210-9460
Fax: 212-922-3960
steve.penaro@alston.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on August 14, 2020, I electronically filed this Rule 7.1 Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system and sent a true and correct copy of the statement by overnight mail to the following address:

Steven I. Adler
Mandelbaum Salsburg
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
sadler@lawfirm.ms

s/Steven Penaro
Steven L. Penaro
D.N.J. ID # 030182009
**ALSTON & BIRD LLP**
90 Park Ave
New York, NY 10016
Tel: 212-210-9460
Fax: 212-922-3960
steve.penaro@alston.com

Counsel for Defendants
