

attorneys at law

New Jersey • New York • Florida

3 Becker Farm Road
Suite 105
Roseland, New Jersey 07068
www.lawfirm.ms
t. 973.736.4600
f. 973.325.7467

Lauren X. Topelsohn, Esq.
Direct Dial:  973.243.7909
Email:  ltopelsohn@lawfirm.ms

September 16, 2020

**VIA ECF**
Honorable Kevin McNulty, U.S.D.J.
Martin Luther King, Jr. Federal Bldg.
and U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

> **Re:  Salerno Medical Associates, LLP, et al. v. Riverside Medical Group,
> LLC, et al., 2:20-cv-10539 (KM)**

Dear Judge McNulty:

   We represent plaintiffs and, having conferred with counsel for the Defendants,
submit the accompanying proposed Order.

   If the proposed Order meets with the Court's approval, we respectfully request
that it be "so-Ordered."   We thank the Court in advance for its attention.


        Respectfully submitted,

        Lauren X. Topelsohn
        Lauren X. Topelsohn, Esq.


cc via ECF:
   Steven L. Penaro, Esq.
   Lee Deneen, Esq.
   Brian Boone, Esq.
   Anderson Kemp, Esq.