**MANDELBAUM SALSBURG P.C.**
Steven I. Adler, Esq.
Lauren X. Topelsohn, Esq.
3 Becker Farm Road, Suite 104
Roseland, New Jersey 07068
Ph.: 973-736-4600
Fax: 973-736-4670
Attorneys for Plaintiffs

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP, SENIOR HEALTHCARE OUTREACH PROGRAM, INC., and SM MEDICAL LLC, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> RIVERSIDE MEDICAL GROUP, LLC,[1] UNITEDHEALTHCARE COMMUNITY PLAN, INC., OPTUM, INC., OPTUM CARE, INC., UNITEDHEALTHCARE INSURANCE COMPANY and JOHNS DOE 1-20, <br><br> Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br> CIVIL ACTION NO. 2:20-CV-10539 (KM) (JBC) <br><br><br><br><br> **APPLICATION FOR AUTOMATIC CLERK'S EXTENSION PURSUANT TO <u>LOCAL CIVIL RULE 7.1(d)(5)</u>** |

Plaintiffs Salerno Medical Associates, LLP, Senior Healthcare Outreach Program, Inc. and SM Medical LLC (collectively, "**Plaintiffs**"), by and through their undersigned counsel, hereby request entry of a Clerk's Order extending Plaintiffs' time to respond to Defendants' Combined Motion to Dismiss for Lack of Personal Jurisdiction, Motion to Compel Arbitration, and alternatively Motion to Dismiss for Failure to State a Claim pursuant to FRCP 12(b)(6) [ECF 19] ("**Motion to Dismiss**") and in support say as follows:

1. Pursuant to the September 17, 2020 Order of the Hon. James B. Clark, III, U.S.M.J [ECF 18], Defendants were to file their Motion to Dismiss on September 22, 2020,

---

[1] Riverside Medical Management, LLC is incorrectly identified in the caption as "Riverside Medical Group, LLC."

Plaintiffs were to file their opposition on ore before <u>October 7, 2020</u>, and Defendants' reply was to be filed on or before October 15, 2020.

      2.   Pursuant to Local Civil Rule 7.1(d)(5), Plaintiffs hereby apply for an automatic fourteen (14) day extension of the time such that the Motion to Dismiss shall be returnable on November 2, 2020.

      3.   Plaintiffs have not previously requested an extension of time.

Dated:  October 6, 2020                        MANDELBAUM SALSBURG, P.C.
                                                   Attorneys for Plaintiffs

                                          By:  <u>/s/Lauren X. Topelsohn</u>
                                                     Lauren X. Topelsohn, Esq.
                                                     3 Becker Farm Road, Suite 105
                                                     Roseland, New Jersey 07068
                                                     (973) 736-4600

4815-6849-1470, v. 1