UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALERNO MEDICAL ASSOCIATES, LLP, SENIOR HEALTHCARE OUTREACH PROGRAM, INC., and SM MEDICAL LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSIDE MEDICAL GROUP, LLC, UNITEDHEALTHCARE COMMUNITY PLAN, INC., OPTUM, INC., OPTUM CARE, INC., UNITEDHEALTHCARE INSURANCE COMPANY and JOHNS DOE 1-20,<br><br>Defendants. | Civil Action: 2:20-cv-10539 (KM)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Salerno Medical Associates, LLP, Senior Healthcare Outreach Program, Inc. and SM Medical, LLC and/or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Riverside Medical Group, LLC, UnitedHealthcare Community Plan, Inc., Optum, Inc., Optum Care, Inc. and UnitedHealthcare Insurance Company.

Dated: December 15, 2021

Mandelbaum Salsburg, P.C.
3 Becker Farm Road
Roseland, NJ 07068
Ph.: 973-736-4600
Attorneys for Plaintiffs

By:/s/*Steven I. Adler*
   Steven I. Adler, Esq.

**SO ORDERED:**

_____
JULIEN XAVIER NEALS
United States District Judge
Dated: 12/16/2021

4891-8041-8817, v. 1